## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MICHIGAN

SIP SHINE, LLC, a Michigan limited liability
company,

                Plaintiff,

v

RED BOOT DISTILLERY, INC., an Iowa
corporation,

                Defendant.

_____/

Case No. 1:22-cv-887

Honorable

**COMPLAINT AND JURY DEMAND**

Douglas A. Donnell (P33187)
Mika Meyers PLC
Attorneys for Plaintiff
900 Monroe Avenue NW
Grand Rapids, MI 49503
(616) 632-8000
ddonnell@mikameyers.com

_____/

NOW COMES Plaintiff SIP Shine, LLC ("SIP Shine"), by and through its attorneys, Mika

Meyers PLC, and for its Complaint against Defendant Red Boot Distillery, Inc. ("Red Boot"), states

and alleges as follows:

### PARTIES, VENUE AND JURISDICTION

1.      Plaintiff SIP Shine is a Michigan limited liability company with its principal place

of business located in Ottawa County at 702 Chicago Drive, Jenison, Michigan 49428.

2.      SIP Shine is in the business of selling in the wholesale and retail markets various

alcoholic beverages, sold under a variety of brand names in Michigan and throughout the United

States.

03182165 1

3.      Defendant Red Boot is, upon information and belief, an Iowa corporation with its principal place of business located at 1587 NE 67th Place, Des Moines, Iowa 50313.

4.      Red Boot is in the business of supplying finished packaged alcoholic products to customers, such as SIP Shine.

5.      At all relevant times, Red Boot has, upon information and belief, shipped products produced by Red Boot to the State of Michigan.

6.      According to its website, Red Boot conducts business by shipping product throughout the entire United States and boasts of the advantage of its central location in the United States to do business throughout the United States, including Michigan.  See **Exhibit A**, excerpt from Red Boot website.

7.      In connection with the contractual arrangement between SIP Shine and Red Boot, all payments from SIP Shine to Red Boot were made from Michigan, and the purchase orders for products to be produced by Red Boot were issued from Michigan.

8.      Many of the products produced by Red Boot for SIP Shine were shipped by Red Boot to various locations within the State of Michigan.

9.      Jurisdiction is proper under 28 U.S.C. §1332 in that SIP Shine and Red Boot are citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

10.     Venue in this district is proper under 28 U.S.C §1391(b)(2) and (c)(2).


**GENERAL ALLEGATIONS**

11.     Beginning in January 2021, SIP Shine and Red Boot reached agreement on the production of various alcoholic beverage products to be produced and bottled or canned by Red

03182165 1

Boot for SIP Shine and shipped to locations designated by SIP Shine, some of which were in Michigan.

12.   For each product, the Alcohol and Tobacco Tax and Trade Bureau ("TTB") requires a separate registration which includes, among other things, the product formulation and ingredients.

13.   For each of the products ordered and purchased by SIP Shine and produced by Red Boot, SIP Shine worked with Red Boot to develop a specific formulation and list of ingredients for each product and the TTB registration for each specific product.  Red Boot agreed to produce the SIP Shine products in accordance with the specifications Red Boot had assisted in creating. Red Boot is in possession of all SIP Shine product formulas and TTB registrations, and examples of the TTB registrations for several of the products at issue in this litigation are attached as **Exhibit B** and incorporated herein by reference.

14.   For the products at issue in this action, a key ingredient was whiskey.  Many alcoholic products such as those sold by SIP Shine and those produced by Red Boot can be made with different alcohols, including grain neutral spirits.  Using whiskey as the key alcoholic ingredient, as opposed to grain neutral spirits, is more expensive and is marketed as a higher quality product by SIP Shine.  For each of the SIP Shine products at issue in this case, SIP Shine specified the use of whiskey as opposed to either grain neutral spirits or a blend of grain neutral spirits and whiskey.  This ingredient requirement was an explicit part of the pre-production discussion between SIP Shine and Red Boot and was well known by Red Boot when it agreed to produce the subject products in accordance with SIP Shine's specifications.

15.   In addition to the TTB registration for each product, product labeling must accurately set forth the ingredients in the bottled or canned beverage.  The labels for cans and

bottles provided  by SIP Shine to Red Boot for these various products accurately identified the ingredients as specified by SIP Shine, including whiskey.

16.     At all relevant times while Red Boot produced alcoholic beverages for SIP Shine, Red Boot represented that it complied with the formulation requirements and specifications set forth by SIP Shine, including use of whiskey rather than grain neutral spirits, and that the finished products complied with the product specifications the parties agreed upon, the TTB registration for each product, and the labeling placed on each product.

17.     For an unknown period of time prior to June, 2022, Red Boot, on its own initiative and without authorization by or knowledge of SIP Shine, changed the formulation used in the SIP Shine products which are the subject of this action, by substituting less expensive grain neutral spirits for whiskey specified by SIP Shine and represented on the TTB registration and product labels.  SIP Shine has no way of knowing how many bottles or cans of its product were improperly formulated and non-conforming to the specifications supplied by SIP Shine and shipped to SIP Shine's customers, but SIP Shine believes that such unauthorized substitution of ingredients occurred from the beginning of Red Boot's production, or at least for some period of months before it was discovered that Red Boot had substituted lower cost ingredients, contrary to both the TTB registration and the product labels.

18.     On May 11, 2022, SIP Shine was advised by Red Boot that TTB had determined that substantial quantities of SIP Shine products produced and either bottled or canned by Red Boot did not comply with the TTB registration or the product labeling on the containers.  As a result, TTB prohibited the shipment of $419,042.52 in non-conforming inventory produced and held by Red Boot.  SIP Shine confirmed these facts directly with TTB.  At the time of TTB's shipment ban, SIP Shine had already paid to Red Boot $310,441.52 for the purchase of this non-

03182165 1

conforming product. See paid invoices and cancelled checks attached as **Exhibit C** and incorporated herein by reference. Additionally, SIP Shine had paid for substantial additional quantities of these products and believes Red Boot shipped to distributors and retailers such non-conforming products. Together, the non-conforming products banned from shipment and the products believed by SIP Shine to be non-conforming that were shipped total $495,240.07. See **Exhibit C.**

19.     The SIP Shine products which were subject to the TTB shipping ban because they were non-conforming to the TTB registration and labeling are the following: SIP Shine Arnold Shiner; SIP Razz-Berry Shineade; SIP Shine Sweet Tea; SIP BerrySweet Tea; SIP Razz Shineade; SIP Shine Razzshineade; Kyodie Peach Whiskey; and SIP Shine Watermelon Chillade.

20.     As Red Boot was SIP Shine's only producer of the products identified in the preceding paragraph, SIP Shine was suddenly unable to sell and ship any of these products to distributors or retailers.

21.     Red Boot's decision to substitute ingredients was, upon information and belief, done knowingly for the express purpose of reducing its costs, while concealing the substitution from SIP Shine. SIP Shine does not know when this unauthorized substitution began but believes that non-conforming product was distributed into the marketplace before the TTB discovery that the products produced by Red Boot did not comply with either the TTB registration or product labeling, likely from the very beginning of Red Boot's production of these products.

22.     As a result of Red Boot's fraudulent substitution and concealment of that substitution in clear breach of Red Boot's contractual obligations, and SIP Shine's loss of faith in the credibility and honesty of Red Boot, SIP Shine was forced to begin making immediate plans

03182165 1

to arrange for a different supplier for its beverages and cancelled and discontinued all further purchases from Red Boot.

23.     Red Boot has acknowledged that the SIP Shine products it produced that were banned from shipment by TTB did not conform to the specifications for these products provided by SIP Shine, or the TTB registration, or the labels on the product containers, and has offered no legitimate explanation for its unauthorized substitution of ingredients.

24.     Of the $419,042.52 in non-conforming, unusable inventory banned from shipment by TTB, SIP Shine had already paid Red Boot $310,441.52 for these products. Additionally, SIP Shine has paid to Red Boot $184,798.55 for products shipped by Red Boot which SIP Shine believes was also non-conforming because of the unauthorized substitution of ingredients, for a total paid to Red Boot for these products of $495,240.07. Red Boot has not returned these payments despite the admitted non-conformity of the goods it produced. Copies of the purchase orders for these products and proof of payment by SIP Shine are attached as **Exhibit C**.

25.     After Red Boot acknowledged it improperly substituted ingredients, it purportedly offered to "cure" in June, 2022 by providing fully conforming goods in the same quantities that were prohibited from shipment by TTB. Such cure was to be at "no cost to SIP Shine."

26.     Red Boot has failed to produce or ship any conforming product to replace the inventory that was precluded from shipment by TTB, despite having promised to do so and having more than adequate time to accomplish the "cure" it proposed.

27.     In addition to the failure of Red Boot to produce conforming product to replace the non-conforming product, or return the money already paid by SIP Shine to Red Boot for the non-conforming product, SIP Shine has also suffered damage in the amount of $253,917.52 for raw goods which were paid for by SIP Shine and provided to Red Boot, which raw goods were either

03182165 1

incorporated in the non-conforming product produced by Red Boot which is no longer saleable, or which Red Boot still has in its possession.  A listing of these raw goods is contained in **Exhibit D**, attached hereto and incorporated herein by reference.

28.     Additionally, Red Boot has also refused to ship conforming Kyodie and Gannett Peak products for which SIP Shine paid $3,461.10, even though there is no TTB prohibition on the sale of these products.

29.     Each of the purchase orders for products that were prevented from shipment by TTB formed a contract between the parties whereby Red Boot agreed to produce a product conforming to SIP Shine's specifications in exchange for the specified price to be paid by SIP Shine.

30.     SIP Shine has fully performed its obligations under the purchase order contracts.

31.     Red Boot knowingly breached its contractual obligations to provide conforming products and given its deliberate decision to substitute ingredients without authorization, SIP Shine was entitled and forced to cancel and terminate further orders from Red Boot, which had demonstrated bad faith and dishonest dealing with SIP Shine.

32.     SIP Shine's new product supplier who has replaced Red Boot is ramping up production efforts, but to date, has not been able to produce and ship any SIP Shine products to replace the loss of production by Red Boot.  It is anticipated that such production and shipment from the new supplier will begin by the end of September, 2022.

33.     As a result of Red Boot's unlawful conduct, its inability or refusal to cure its breach by supplying conforming goods, its refusal to return money paid for the non-conforming goods which were not saleable, its refusal to ship conforming goods, or even return unused raw goods

03182165 1

paid for by SIP Shine, SIP Shine has suffered damages in many respects, including but not limited to the following:

A.    $495,240.07 paid to Red Boot by SIP Shine for the non-conforming product that was not allowed to be shipped or sold or was shipped before the TTB ban.

B.    $3,461.10 for product that is conforming, but which Red Boot has refused to ship, despite the fact that SIP Shine has paid for and directed shipment of this product.

C.    $253,917.52 in raw goods paid for and supplied by SIP Shine to Red Boot, but either incorporated into non-conforming products or not returned to SIP Shine by Red Boot.

D.    Damage to the relationship between SIP Shine and its distributors and customers resulting from the sudden shortage of supply in SIP Shine products caused by the need for SIP Shine to find an honest product supplier who did not misrepresent the ingredients in the products it was producing.

E.    Approximately $16,373.00 in extra transportation and warehousing expenses incurred by SIP Shine in relocating the limited supply of products it had nationwide to areas of greatest need and demand, caused by the forced termination of supply from Red Boot.

F.    An estimated $40,000.00 in costs and expenses incurred to locate and make all necessary arrangements to replace Red Boot's production with a new supplier.

8

03182165 1

G.      Lost profits in an amount to be determined but estimated to exceed $750,000.00 from (1) lost sales of the non-conforming goods, (2) the conforming goods which were not shipped, and (3) termination of production by Red Boot, resulting in serious product shortages of SIP Shine products until the new product supplier can produce and ship at production levels previously ordered by SIP Shine from Red Boot.

H.      Damage to SIP Shine's reputation and credibility in the marketplace for having sold products that were not as represented on the product labels.

## COUNT I – BREACH OF CONTRACT

34.     Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-33.

35.     Red Boot's production of non-conforming goods, contrary to the specifications provided by SIP Shine, and contrary to the TTB registration and labeling, constitutes a breach of every purchase order contract by which non-conforming goods were to be supplied. At present, SIP Shine knows of the non-conforming goods that were identified by TTB, but believes additional non-conforming goods were produced and shipped by Red Boot, in breach of its purchase order contracts with SIP Shine, likely since the beginning of Red Boot's production of SIP Shine products.

36.     As a direct and proximate result of Red Boot's breaches of contract, SIP Shine has suffered damages as outlined above, and in ways and amounts yet to be determined through further investigation and discovery.

03182165 1

37.     In addition to the direct losses caused by Red Boot's breaches of contract, SIP Shine has further suffered incidental and consequential damages as set forth above as a direct and proximate result of Red Boot's breaches of contract.

WHEREFORE, SIP Shine prays for a judgment against Red Boot in an amount yet to be determined above $75,000, together with interest, costs and attorney's fees incurred herein and such other relief as the Court deems just and equitable.

## COUNT II – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
## MCL 440.2314

38.     Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-37.

39.     The purchase order contracts between SIP Shine and Red Boot were contracts for the sale of goods as defined in the Uniform Commercial Code.

40.     For the sale of goods, such as the products provided by Red Boot to SIP Shine at issue in this case, there was an implied warranty that the goods would be merchantable for their sale.

41.     Under MCL 440.2314(1), Red Boot is a "merchant."

42.     In order to be merchantable, the products produced by Red Boot were required to:

A.     Pass without objection in the trade under the contract description;

B.     Be adequately contained, packaged and labeled as the agreement may require; and

C.     Conform to the promises and affirmations of facts made on the container or label.

03182165 1

43.     By substituting key ingredients in the formulation of the products Red Boot produced for SIP Shine, Red Boot breached its implied warranty of merchantability as set forth in the preceding paragraph.

44.     SIP Shine believes that Red Boot breached its implied warranty of merchantability not only with respect to the products that were banned from shipment by TTB, but from earlier shipments of SIP Shine products by Red Boot before discovery of the unauthorized substitution of ingredients.

45.     As a result of Red Boot's breach of implied warranty of merchantability, SIP Shine has suffered damages as alleged above.

46.     Red Boot has not cured this breach of implied warranty and is liable to SIP Shine for all such damages alleged above.

WHEREFORE, SIP Shine prays for a judgment against Red Boot in the amount of its damages above $75,000.00 suffered as a result of Red Boot's breach of implied warranty, together with interest, costs and attorney's fees incurred herein and such other relief as the Court deems just and equitable.

## COUNT III – BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

47.     Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-46.

48.     In Michigan, the duty of good faith and fair dealing is implied in every contract.

49.     Red Boot's conduct as described above constitutes a breach of its duty to act in good faith and fair dealing with SIP Shine by deliberately, and without authorization or notice to

03182165 1

SIP Shine, substituting inferior ingredients contrary to the specifications agreed upon by the parties for each of the products at issue in this case.

50.     As a result of Red Boot's breach of the duty of good faith and fair dealing, SIP Shine has suffered damages as more fully set forth above and Red Boot is liable to SIP Shine for all such damages.

WHEREFORE, SIP Shine prays for a judgment against Red Boot awarding all of its damages above $75,000.00 suffered as a result of Red Boot's breach of the duty to act in good faith and fair dealing, together with interest, costs and attorney's fees incurred herein and such other relief as the Court deems just and equitable.

## COUNT IV – COMMON LAW CONVERSION

51.     Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-50.

52.     Red Boot has exercised wrongful control over SIP Shine's property, and has refused to return to SIP Shine the following:

A.     $495,240.07 in direct payments to Red Boot for non-conforming products.

B.     Raw goods supplied by SIP Shine to Red Boot, for which SIP Shine paid $253,917.12, which were either incorporated into the production of Red Boot's non-conforming product or are still in the possession of Red Boot.

C.     Conforming product paid for by SIP Shine in the amount of $3,461.10 which Red Boot has refused to ship.

53.     Red Boot's wrongful control and refusal to return SIP Shine's property constitutes common law conversion.

03182165 1

54.     The value of the property presently known by SIP Shine to have been converted by Red Boot totals $752,618.29.

WHEREFORE, SIP Shine prays for an Order of this Court awarding SIP Shine the value of all property converted by Red Boot, together with interest, costs and attorney's fees incurred herein and such other relief as this Court may deem just and equitable.

## COUNT V – STATUTORY CONVERSION; MCL 600.2919

55.     Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-54.

56.     The property described in Count IV has been converted to Red Boot's use and Red Boot has refused to return said property to SIP Shine without justification.

57.     MCL 600.2919a(1) makes it unlawful to convert property of SIP Shine to Red Boot's use.

58.     By converting SIP Shine's property to its own use, Red Boot is liable to SIP Shine under MCL 600.2919 for three times the amount of actual damages plus costs and reasonable attorney's fees.

59.     SIP Shine's actual damages known to date for Red Boot's conversion under MCL 600.2919a is $752,618.29, though this amount may be higher following additional investigation and discovery.

WHEREFORE, SIP Shine prays for a judgment of this Court awarding SIP Shine three times its actual damage for property converted by Red Boot under MCL 600.2919, plus interest, costs and attorney's fees incurred herein and such other relief as this Court may deem just and equitable.

03182165 1

## COUNT VI – FRAUD

60.     Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-59.

61.     Red Boot knowingly and deliberately disregarded SIP Shine's specifications for conforming product and substituted alternate ingredients at lower cost while fraudulently concealing the unlawful and unauthorized substitution from SIP Shine, but instead knowingly representing to SIP Shine that the goods produced conformed to SIP Shine's specifications, TTB registrations and labeling.   These representations were material and Red Boot knew its representations were false when they were made.

62.     SIP Shine's reputation depends upon its honesty in representing to its customers and the consuming public the integrity of its products sold in the marketplace.

63.     Red Boot misrepresented the goods it had produced which were banned from shipment by TTB and other non-conforming products which were shipped prior to discovery by the TTB that the product was not as labeled or registered.

64.     SIP Shine has suffered damages as a result of Red Boot's fraudulent misrepresentations as set forth above.   Additionally, Red Boot has wrongfully profited in an unknown amount from all shipments of non-conforming product which occurred prior to TTB's ban on shipments, and has been unjustly enriched by its fraudulent misrepresentations, all at the expense of SIP Shine and SIP Shine's reputation.

65.     SIP Shine supplied raw materials to Red Boot and made payments on the purchase orders which were found to be non-conforming in reliance on Red Boot's representation that the goods produced were in conformity with SIP Shine's specifications, the product registration and the labeling.   These representations were false and were known to be false at the time they were made by Red Boot.

14

03182165 1

66.    SIP Shine is entitled to recover from Red Boot the actual damages it has suffered as a result of the fraud and all sums received by Red Boot by which it was unjustly enriched as a result of its unauthorized and unlawful substitution of product ingredients.

67.    SIP Shine is further entitled to exemplary damages as a result of Red Boot's deliberate fraud.

WHEREFORE, SIP Shine prays for a judgment of this Court in the amount of SIP Shine's actual damages caused by Red Boot's fraud, Red Boot's fraudulently obtained profits from sale of SIP Shine products, exemplary damages, interest, costs and attorney's fees incurred herein and such other relief as this Court may deem just and equitable.

## COUNT VII – NEGLIGENT MISREPRESENTATION

68.    Plaintiff SIP Shine repeats, as if fully set forth herein, the allegations contained above in paragraphs 1-67.

69.    Red Boot was negligent in representing that the product it was producing for SIP Shine conformed to the specifications provided by SIP Shine, as well as the  TTB registration and labeling.

70.    Red Boot had all the information it needed to make it aware that such representations regarding the ingredients in the non-conforming product were false, yet it persisted in representing that the products were conforming.

71.    SIP Shine has been damaged by Red Boot's negligent misrepresentations, as set forth more fully above.

72.    SIP Shine is entitled to recover all damages proximately caused by Red Boot's negligent misrepresentations.

03182165 1

WHEREFORE, SIP Shine prays for a judgment of this Court awarding SIP Shine its damages resulting from Red Boot's negligent misrepresentation in an amount yet to be determined above $75,000.00, together with interest, costs and attorney's fees incurred herein and such other relief as this Court may deem just and equitable.

## JURY DEMAND

Plaintiff SIP Shine hereby requests trial by jury.

Respectfully submitted,

MIKA MEYERS PLC
Attorneys for Plaintiff

Dated: September 23, 2022     By: /s/ Douglas A. Donnell
                                      Douglas A. Donnell (P33187)
                                      900 Monroe Avenue, NW
                                      Grand Rapids, MI 49503
                                      (616) 632-8000

03182165 1

# EXHIBIT A

# TO

# COMPLAINT



ABOUT

# RED BOOT DISTILLERY

Located in the Midwest, Red Boot Distillery has a 97,000-square-foot facility dedicated to bottling spirits, canning cocktails, and formulating beverages. We are Iowa's largest alcoholic beverage co-packing company. Red Boot is known for excellent customer service, quality, and meeting delivery timelines.

We have the fiscal discipline and know-how to save you money, and the creativity and ambition to find the best solution for your business. We are a locally-owned company that cares about the work we do and the clients we serve.





# EXHIBIT B

# TO

# COMPLAINT

Print this page

OMB NO. 1513-0122(08/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY | FORMULA #:DSP-IA-21031 - 0225 |
|---|---|---|
| TTB ID:1385713 | ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB) FORMULA AND PROCESS FOR DOMESTIC AND IMPORTED ALCOHOL BEVERAGES (See Instructions and Conditions at the end of this form) | SUPERSEDING FORMULA |

**1. NAME AND ADDRESS OF APPLICANT / IMPORTER** *(See Instructions):*

JDSO, Inc.
1300 SE LITTLE BEAVER DR STE 101
Grimes, IA

**1a. MAILING ADDRESS** *(If different than above)* / FOREIGN PRODUCER'S ADDRESS:

1300 SE Little Beaver Drive, Suite 101
Grimes, IA 50111

**2. CONTACT PERSON'S PHONE NUMBER / E-MAIL ADDRESS:**
5153135602

**3. PLANT REGISTRY / BASIC PERMIT / BREWER'S NUMBER:**
DSP-IA-21031

**4. CLASS AND TYPE OF PRODUCT:** (Approved)
DISTILLED SPIRITS SPECIALTY

**5. PRODUCT NAME:**
Lemon Tea Moonshiner

**6. QUANTITATIVE LIST OF INGREDIENTS** *(If more space is needed, use space at the top of the next page or separate sheet):*

Finished Alcohol

    Light Whiskey; 15.0 - 20.0 Percentage;
    50 - 60; 160 - 160;

Flavor

    Lemon Flavor; 0.001 - 1.0 Percentage;

    Black Tea Flavor; 0.001 - 1.0 Percentage;

Other

    High Fructose Corn Syrup; 15.0 - 25.0 Percentage

    Citric Acid; 0.001 - 1.0 Percentage

Color

    Caramel; 0.001 - 0.1 Percentage

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION** *(If more space is needed, use space at the top of the next page or separate sheet):*

1. Mix Ingredients in Tote
2. Taste Mixture
3. Proof Mixture
4. Can or Bottle Mixture

**8. TOTAL YIELD:**
100.0 Percentage

**9. ALCOHOL CONTENT OF FINISHED PRODUCT** *(range may be shown):*
15- 25 % by Volume

**9a. AMOUNT OF ALCOHOL FROM FLAVORS:**

**9b. AMOUNT OF ALCOHOL FROM BASE:**

**10. PRINTED NAME OF APPLICANT / IMPORTER:**

**11. BY** *(Signature and Title)*
(submitted electronically)

**12. DATE:**

**FOR TTB USE ONLY(Items 13, 14, 15, and 16)**

**13. FORMULATION:**

WINE PRODUCTS

☐ Approved subject to the provision of

DISTILLED SPIRITS PRODUCTS

☐ Harmless coloring, flavoring, or blending materials must not total more than 25% by volume of the finished product.

**LABELING(finished product only):**

☑ The designation of the product must include a truthful and adequate statement of composition, such as
    Light whiskey with natural flavors and caramel color

☐ Commodity statement

☑ The label must indicate the use of

☑ caramel color     ☐ certified color(other than FD&C Yellow #5)

☐ artificial flavor     ☐ FD&C Yellow #5

https://ttbonline.gov/formulasonline/print.do

1/4

Sugar, dextrose, or levulose or a combination thereof must
be used in an amount not less than 2.5% by weight of the
cordial or liqueur.

The use of refining agents must not alter the basic
composition of the spirits.

The blended whiskey must contain not less than 20%
straight whiskey on a proof gallon basis.

allergen(s)

| 14. DATE: | 15. APPROVED - TTB SPECIALIST FOR THE ADMINISTRATOR, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 16. EXPIRED(IMPORT ONLY): |
|---|---|---|
| 02/26/2021 | Tracy Holden | |

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

**6.QUANTITIVE LIST OF INGREDIENTS** *(Continued):*

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION***(Continued):*

**GENERAL INSTRUCTIONS**

Every person who is required to file a formula under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 must submit this form to the Advertising, Labeling, and Formulation Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G St., NW, Box 12, Washington, D.C. 20005. Permit approval and formula approval are required prior to manufacture/importation of any product requiring a formula. Production may commence upon receipt by the proprietor of an approved formula on TTB F 5100.51.

The number of copies to be filed is as follows: one copy for TTB's records, and either one additional copy, or one additional copy for each facility identified in Item 1.

If the formula is approved, one copy will be retained by TTB and the remaining approved copy(ies) will be sent to the addressee. The addressee will forward approved copies (or two-sided reproductions) to each facility identified in Item 1.

**SPECIFIC INSTRUCTIONS**

**Formula #- and Formula Superseded.**

Number the formulas in sequence commencing with the number "1." An applicant who has more than one facility must use a unique system of serial numbers that does not duplicate any formula number used at any plant. If this formula will supersede a previous approved formula with the same formula number, please check the box.

**Item 1.** Enter the name and complete address of the applicant or importer, and the city and state for all other facilities where the product will be produced if the product is produced domestically.

**Item 1a.** *(For Domestic Products)* Enter the complete mailing address of the applicant if different than the information in Item 1.
*(For Imported Products)* Enter the complete name and mailing address of the foreign producer.

**Item 2.** Enter the contact person's full phone number including area code and extension, if necessary.

**Item 3.** Enter the plant registry/basic permit/brewer's notice number for each facility that will produce or import the product.

**Item 4.** The class and type must conform to one of the class and type designations in the regulations issued under the Federal Alcohol Administration Act. Wine products containing less than 7 percent alcohol by volume must be designated in accordance with the labeling regulations 27 CFR Part 24 and the Federal Food, Drug and Cosmetic Act, 21 CFR. Do not show a brand or fanciful name in item 4.

**Item 5.** Enter the brand or fanciful name in item 5 (does **NOT** constitute approval for use on a label). If a brand or fanciful name has not

proprietor product number (if none, so indicate), drawback formula number (if none, so indicate), city and state of the flavor manufacturer, date of approval of the nonbeverage formula, alcohol content of the flavor or blender (if nonalcoholic, so indicate), and a description of any coloring material contained in the flavor or blender.

(d)   Identify all allergens added directly to the product or contained in the flavor materials. Allergens may include Crustacean shellfish, fish, soy (soybean(s), soya), wheat, milk, eggs, peanuts, or tree nuts. For shellfish and tree nuts, the label and formula must indicate the specific type or species.

(e)   Identify the use of any artificial sweeteners.

**Distilled Spirits only:**

(f)   If any type of wine (including vermouth) is to be used in the product, state the kind, percentage of wine to be used, whether the wine is domestic or imported, whether the wine contains added wine spirits, and the percentage of alcohol by volume of the wine, and the amount of alcohol contributed to the final product on a proof gallon basis.

(g)   If the finished product is to be labeled as containing a particular class and type of distilled spirits (such as "Blackberry Liqueur & Brandy" or "Coffee Liqueur & Non- Dairy Creamer") the ingredients used to produce the particular class and type of distilled spirits must be listed in a manner so that they are distinguishable from the remaining ingredients for the finished product.

**Item 7.** Show in sequence each step employed in producing the product including the step at which the specified materials will be added and the approximate period of time to complete production.
*(For Malt Beverages)* Describe in detail each special process used to produce a beer product. Omit processes customarily used in brewing such as pasteurization or ordinary filtration.

**Item 8.** Enter the total yield of the finished product, e.g., 150 gallons, 1500 gallons, 150 barrels.

**Item 9.** If the product is to be bottled at more than one alcohol content within the same tax rate, state the alcoholic content as a range to include all alcoholic contents at which the

yet been chosen, leave item 5 blank.

**Item 6.**  (a)  Specify the kind and quantity of each and every material or ingredient to be used in the formulation of a batch of the product, e.g., 100 gallons, 1000 gallons, 100 barrels.

(b)  Identify all coloring agents added directly to the product or contained in flavor materials. Certified food colors must be identified by FD&C number, for example "FD&C Yellow No. 5."

(c)  Identify flavoring or blending materials by the name of the flavor or blender, name of the flavor or blender proprietor,

product will be bottled, provided that the product does not change class and type.

**Item 9a.**  *(For Malt Beverages)* Enter the percentage of alcohol derived from flavors or other materials containing alcohol.

**Item 9b.**  *(For Malt Beverages)* Enter the percentage of alcohol derived from the malt base of the product.

**Item 10.**  *(For Domestic Products)* Applicant is the person required to file a formula under TTB regulations.
*(For Imported Products)* Importer is the person who imports the product.

**CONDITIONS FOR FORMULA APPROVAL**

This approval is granted under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 and does not in any way provide exemption from or waiver of the provisions of the Food and Drug Administration regulations relating to the use of food and color additives in food products.

Addition of remnants or returned merchandise to a completed product made under the same formula is permitted.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with Federal laws and regulations we administer for the formulation of alcohol beverages. The information is mandated by statute (26 U.S.C. Chapter 51) and is used to obtain a benefit. The information collected on this form must be considered confidential tax information under 26 U.S.C. 6103, and must not be disclosed to any unauthorized party under 26 U.S.C. 7213.

We estimate 2 hours as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Box 12, Washington, DC 20005.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a current, valid OMB control number

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

Print this page

OMB NO. 1513-0122(08/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB)<br>**FORMULA AND PROCESS FOR DOMESTIC<br>AND IMPORTED ALCOHOL BEVERAGES**<br>(See Instructions and Conditions at the end of this form) | FORMULA #:DSP-<br>IA-21031 - 0201 |
|---|---|---|
| TTB ID:1381052 | | SUPERSEDING<br>FORMULA |

**1. NAME AND ADDRESS OF APPLICANT / IMPORTER** *(See Instructions)*:

JDSO, Inc.
1300 SE LITTLE BEAVER DR STE 101
Grimes, IA

**2. CONTACT PERSON'S PHONE NUMBER / E-MAIL ADDRESS:**
5153135602

**3. PLANT REGISTRY / BASIC PERMIT / BREWER'S NUMBER:**
DSP-IA-21031

**1a. MAILING ADDRESS** *(If different than above)* **/ FOREIGN PRODUCER'S ADDRESS:**

1300 SE Little Beaver Drive, Suite 101
Grimes, IA 50111

**4. CLASS AND TYPE OF PRODUCT:** (Approved)
DISTILLED SPIRITS SPECIALTY

**5. PRODUCT NAME:**
Raspberry Sweet Tea

**6. QUANTITATIVE LIST OF INGREDIENTS** *(If more space is needed, use space at the top of the next page or separate sheet):*

Finished Alcohol

    Light Whiskey; 10.0 - 20.0 Percentage; 53 - 53; 188 - 189;

Flavor

    Natural Blackberry Flavor; 0.01 - 2.0 Percentage;

    Orange Extract; 0.001 - 1.0 Percentage;

    Red; 0.001 - 0.1 Percentage;

Other

    High Fructose Corn Syrup; 15.0 - 25.0 Percentage

    Citric Acid; 0.001 - 1.0 Percentage

    Black Tea Flavor; 0.001 - 1.0 Percentage

    Black Tea Extract; 0.001 - 0.1 Percentage

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION** *(If more space is needed, use space at the top of the next page or separate sheet):*

1. Mix product in totes
2. Taste Product to ensure it matches profile
3. Proof Product
4. Can Product

**8. TOTAL YIELD:**
100.0 Percentage

**9. ALCOHOL CONTENT OF FINISHED PRODUCT** *(range may be shown):*
15- 25 % by Volume

**9a. AMOUNT OF ALCOHOL FROM FLAVORS:**

**9b. AMOUNT OF ALCOHOL FROM BASE:**

| 10. PRINTED NAME OF APPLICANT / IMPORTER: | 11. BY *(Signature and Title)*<br>(submitted electronically) | 12. DATE: |
|---|---|---|

**FOR TTB USE ONLY(Items 13, 14, 15, and 16)**

**13. FORMULATION:**

WINE PRODUCTS

☐   Approved subject to the provision of

DISTILLED SPIRITS PRODUCTS

☐   Harmless coloring, flavoring, or blending materials must not total more than 25% by volume of the finished product.

**LABELING(finished product only):**

☑   The designation of the product must include a truthful and adequate statement of composition, such as
    vodka with natural flavors and artificial color

☐   Commodity statement

☐   The label must indicate the use of

    ☐ caramel color        ☐ certified color(other than FD&C Yellow #5)

    ☐ artificial flavor       ☐ FD&C Yellow #5

Sugar. dextrose, or levulose or a combination thereof must
be used in an amount not less than 2.5% by weight of the
cordial or liqueur.

The use of refining agents must not alter the basic
composition of the spirits.

The blended whiskey must contain not less than 20%
straight whiskey on a proof gallon basis.

allergen(s)

| 14. DATE: | 15. APPROVED - TTB SPECIALIST FOR THE ADMINISTRATOR, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 16. EXPIRED(IMPORT ONLY): |
|---|---|---|
| 02/04/2021 | Shonda Hyman | |

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

**6.QUANTITIVE LIST OF INGREDIENTS** *(Continued)*:

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION***(Continued)*:

**GENERAL INSTRUCTIONS**

Every person who is required to file a formula under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 must submit this form to the Advertising, Labeling, and Formulation Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G St., NW, Box 12, Washington, D.C. 20005. Permit approval and formula approval are required prior to manufacture/importation of any product requiring a formula. Production may commence upon receipt by the proprietor of an approved formula on TTB F 5100.51.

The number of copies to be filed is as follows: one copy for TTB's records, and either one additional copy, or one additional copy for each facility identified in Item 1.

If the formula is approved, one copy will be retained by TTB and the remaining approved copy(ies) will be sent to the addressee. The addressee will forward approved copies (or two-sided reproductions) to each facility identified in Item 1.

**SPECIFIC INSTRUCTIONS**

**Formula #- and Formula Superseded.**

Number the formulas in sequence commencing with the number "1." An applicant who has more than one facility must use a unique system of serial numbers that does not duplicate any formula number used at any plant. If this formula will supersede a previous approved formula with the same formula number, please check the box.

**Item 1.** Enter the name and complete address of the applicant or importer, and the city and state for all other facilities where the product will be produced if the product is produced domestically.

**Item 1a.** *(For Domestic Products)* Enter the complete mailing address of the applicant if different than the information in Item 1. *(For Imported Products)* Enter the complete name and mailing address of the foreign producer.

**Item 2.** Enter the contact person's full phone number including area code and extension, if necessary.

**Item 3.** Enter the plant registry/basic permit/brewer's notice number for each facility that will produce or import the product.

**Item 4.** The class and type must conform to one of the class and type designations in the regulations issued under the Federal Alcohol Administration Act. Wine products containing less than 7 percent alcohol by volume must be designated in accordance with the labeling regulations 27 CFR Part 24 and the Federal Food, Drug and Cosmetic Act, 21 CFR. Do not show a brand or fanciful name in item 4.

**Item 5.** Enter the brand or fanciful name in item 5 (does **NOT** constitute approval for use on a label). If a brand or fanciful name has not

proprietor product number (if none, so indicate), drawback formula number (if none, so indicate), city and state of the flavor manufacturer, date of approval of the nonbeverage formula, alcohol content of the flavor or blender (if nonalcoholic, so indicate), and a description of any coloring material contained in the flavor or blender.

(d) Identify all allergens added directly to the product or contained in the flavor materials. Allergens may include Crustacean shellfish, fish, soy (soybean(s), soya), wheat, milk, eggs, peanuts, or tree nuts. For shellfish and tree nuts, the label and formula must indicate the specific type or species.

(e) Identify the use of any artificial sweeteners.

**Distilled Spirits only:**

(f) If any type of wine (including vermouth) is to be used in the product, state the kind, percentage of wine to be used, whether the wine is domestic or imported, whether the wine contains added wine spirits, and the percentage of alcohol by volume of the wine, and the amount of alcohol contributed to the final product on a proof gallon basis.

(g) If the finished product is to be labeled as containing a particular class and type of distilled spirits (such as "Blackberry Liqueur & Brandy" or "Coffee Liqueur & Non- Dairy Creamer") the ingredients used to produce the particular class and type of distilled spirits must be listed in a manner so that they are distinguishable from the remaining ingredients for the finished product.

**Item 7.** Show in sequence each step employed in producing the product including the step at which the specified materials will be added and the approximate period of time to complete production.
*(For Malt Beverages)* Describe in detail each special process used to produce a beer product. Omit processes customarily used in brewing such as pasteurization or ordinary filtration.

**Item 8.** Enter the total yield of the finished product, e.g., 150 gallons, 1500 gallons, 150 barrels.

**Item 9.** If the product is to be bottled at more than one alcohol content within the same tax rate, state the alcoholic content as a range to include all alcoholic contents at which the

yet been chosen, leave item 5 blank.

**Item 6.**
  (a)  Specify the kind and quantity of each and every material or ingredient to be used in the formulation of a batch of the product, e.g., 100 gallons, 1000 gallons, 100 barrels.

  (b)  Identify all coloring agents added directly to the product or contained in flavor materials. Certified food colors must be identified by FD&C number, for example "FD&C Yellow No. 5."

  (c)  Identify flavoring or blending materials by the name of the flavor or blender, name of the flavor or blender proprietor,

product will be bottled, provided that the product does not change class and type.

**Item 9a.** *(For Malt Beverages)* Enter the percentage of alcohol derived from flavors or other materials containing alcohol.

**Item 9b.** *(For Malt Beverages)* Enter the percentage of alcohol derived from the malt base of the product.

**Item 10.** *(For Domestic Products)* Applicant is the person required to file a formula under TTB regulations.
*(For Imported Products)* Importer is the person who imports the product.

**CONDITIONS FOR FORMULA APPROVAL**
This approval is granted under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 and does not in any way provide exemption from or waiver of the provisions of the Food and Drug Administration regulations relating to the use of food and color additives in food products.
Addition of remnants or returned merchandise to a completed product made under the same formula is permitted.

**PAPERWORK REDUCTION ACT NOTICE**
This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with Federal laws and regulations we administer for the formulation of alcohol beverages. The information is mandated by statute (26 U.S.C. Chapter 51) and is used to obtain a benefit. The information collected on this form must be considered confidential tax information under 26 U.S.C. 6103, and must not be disclosed to any unauthorized party under 26 U.S.C. 7213.
We estimate 2 hours as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Box 12, Washington, DC 20005.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a current, valid OMB control number

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

Print this page

OMB NO. 1513-0122(08/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY | FORMULA #:DSP-IA-21031 - 0221 |
|---|---|---|
| TTB ID:1384046 | ALCOHOL AND TOCACCO TAX AND TRADE BUREAU(TTB) **FORMULA AND PROCESS FOR DOMESTIC AND IMPORTED ALCOHOL BEVERAGES** (See Instructions and Conditions at the end of this form) | SUPERSEDING FORMULA |

**1. NAME AND ADDRESS OF APPLICANT / IMPORTER** *(See Instructions):*

JDSO, Inc.
1300 SE LITTLE BEAVER DR STE 101
Grimes, IA

**1a. MAILING ADDRESS** *(If different than above)* / FOREIGN PRODUCER'S ADDRESS:

1300 SE Little Beaver Drive, Suite 101
Grimes, IA 50111

**2. CONTACT PERSON'S PHONE NUMBER / E-MAIL ADDRESS:**
5153135602

**3. PLANT REGISTRY / BASIC PERMIT / BREWER'S NUMBER:**
DSP-IA-21031

**4. CLASS AND TYPE OF PRODUCT:** (Approved)
FLAVORED WHISKEY

**5. PRODUCT NAME:**
Peach Whiskey

**6. QUANTITATIVE LIST OF INGREDIENTS** *(If more space is needed, use space at the top of the next page or separate sheet):*

Finished Alcohol

Grain Neutral Spirits; 20.0 - 30.0 Percentage; 90 - 94; 192 - 196;

Light Whiskey; 10.0 - 20.0 Percentage; 50 - 60; 160 - 160;

Flavor

Peach Flavor; 0.001 - 1.0 Percentage;

Other

High Fructose Corn Syrup; 10.0 - 20.0 Percentage

Color

Caramel; 0.001 - 0.1 Percentage

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION** *(If more space is needed, use space at the top of the next page or separate sheet):*

1. Mix ingredients in totes
2. Taste ingredients to ensure they match the flavor profile
3. Proof Ingredients
4. Can or bottle the product

**8. TOTAL YIELD:**
100.0 Percentage

**9. ALCOHOL CONTENT OF FINISHED PRODUCT** *(range may be shown):*
30- 40 % by Volume

**9a. AMOUNT OF ALCOHOL FROM FLAVORS:**

**9b. AMOUNT OF ALCOHOL FROM BASE:**

**10. PRINTED NAME OF APPLICANT / IMPORTER:**

**11. BY** *(Signature and Title)* (submitted electronically)

**12. DATE:**

**FOR TTB USE ONLY(Items 13, 14, 15, and 16)**

**13. FORMULATION:**

WINE PRODUCTS

☐ Approved subject to the provision of

DISTILLED SPIRITS PRODUCTS

☐ Harmless coloring, flavoring, or blending materials must not total more than 25% by volume of the finished product.

LABELING(finished product only):

☐ The designation of the product must include a truthful and adequate statement of composition, such as

☐ Commodity statement

☑ The label must indicate the use of

☑ caramel color

☐ certified color(other than FD&C Yellow #5)

☐ artificial flavor

☐ FD&C Yellow #5

Sugar, dextrose, or levulose or a combination thereof must be used in an amount not less than 2.5% by weight of the cordial or liqueur.

The use of refining agents must not alter the basic composition of the spirits.

The blended whiskey must contain not less than 20% straight whiskey on a proof gallon basis.

allergen(s)

| 14. DATE: | 15. APPROVED - TTB SPECIALIST FOR THE ADMINISTRATOR, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU | 16. EXPIRED(IMPORT ONLY): |
|---|---|---|
| 02/22/2021 | Tracy Holden | |

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

OMB NO. 1513-0122(08/31/2015)

**6.QUANTITIVE LIST OF INGREDIENTS** *(Continued)*:

**7. METHOD OF MANUFACTURE / PROCESS OF PRODUCTION***(Continued)*:

**GENERAL INSTRUCTIONS**

Every person who is required to file a formula under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 must submit this form to the Advertising, Labeling, and Formulation Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G St., NW, Box 12, Washington, D.C. 20005. Permit approval and formula approval are required prior to manufacture/importation of any product requiring a formula. Production may commence upon receipt by the proprietor of an approved formula on TTB F 5100.51.

The number of copies to be filed is as follows: one copy for TTB's records, and either one additional copy, or one additional copy for each facility identified in Item 1.

If the formula is approved, one copy will be retained by TTB and the remaining approved copy(ies) will be sent to the addressee. The addressee will forward approved copies (or two-sided reproductions) to each facility identified in Item 1.

**SPECIFIC INSTRUCTIONS**

**Formula #- and Formula Superseded.**

Number the formulas in sequence commencing with the number "1." An applicant who has more than one facility must use a unique system of serial numbers that does not duplicate any formula number used at any plant. If this formula will supersede a previous approved formula with the same formula number, please check the box.

**Item 1.** Enter the name and complete address of the applicant or importer, and the city and state for all other facilities where the product will be produced if the product is produced domestically.

**Item 1a.** *(For Domestic Products)* Enter the complete mailing address of the applicant if different than the information in Item 1. *(For Imported Products)* Enter the complete name and mailing address of the foreign producer.

**Item 2.** Enter the contact person's full phone number including area code and extension, if necessary.

**Item 3.** Enter the plant registry/basic permit/brewer's notice number for each facility that will produce or import the product.

**Item 4.** The class and type must conform to one of the class and type designations in the regulations issued under the Federal Alcohol Administration Act. Wine products containing less than 7 percent alcohol by volume must be designated in accordance with the labeling regulations 27 CFR Part 24 and the Federal Food, Drug and Cosmetic Act, 21 CFR. Do not show a brand or fanciful name in item 4.

**Item 5.** Enter the brand or fanciful name in item 5 (does **NOT** constitute approval for use on a label). If a brand or fanciful name has not

proprietor product number (if none, so indicate), drawback formula number (if none, so indicate), city and state of the flavor manufacturer, date of approval of the nonbeverage formula, alcohol content of the flavor or blender (if nonalcoholic, so indicate), and a description of any coloring material contained in the flavor or blender.

(d) Identify all allergens added directly to the product or contained in the flavor materials. Allergens may include Crustacean shellfish, fish, soy (soybean(s), soya), wheat, milk, eggs, peanuts, or tree nuts. For shellfish and tree nuts, the label and formula must indicate the specific type or species.

(e) Identify the use of any artificial sweeteners.

**Distilled Spirits only:**

(f) If any type of wine (including vermouth) is to be used in the product, state the kind, percentage of wine to be used, whether the wine is domestic or imported, whether the wine contains added wine spirits, and the percentage of alcohol by volume of the wine, and the amount of alcohol contributed to the final product on a proof gallon basis.

(g) If the finished product is to be labeled as containing a particular class and type of distilled spirits (such as "Blackberry Liqueur & Brandy" or "Coffee Liqueur & Non- Dairy Creamer") the ingredients used to produce the particular class and type of distilled spirits must be listed in a manner so that they are distinguishable from the remaining ingredients for the finished product.

**Item 7.** Show in sequence each step employed in producing the product including the step at which the specified materials will be added and the approximate period of time to complete production. *(For Malt Beverages)* Describe in detail each special process used to produce a beer product. Omit processes customarily used in brewing such as pasteurization or ordinary filtration.

**Item 8.** Enter the total yield of the finished product, e.g., 150 gallons, 1500 gallons, 150 barrels.

**Item 9.** If the product is to be bottled at more than one alcohol content within the same tax rate, state the alcoholic content as a range to include all alcoholic contents at which the

yet been chosen, leave item 5 blank.

**Item 6.**
   (a)   Specify the kind and quantity of each and every material or ingredient to be used in the formulation of a batch of the product, e.g., 100 gallons, 1000 gallons, 100 barrels.

   (b)   Identify all coloring agents added directly to the product or contained in flavor materials. Certified food colors must be identified by FD&C number, for example "FD&C Yellow No. 5."

   (c)   Identify flavoring or blending materials by the name of the flavor or blender, name of the flavor or blender proprietor,

product will be bottled, provided that the product does not change class and type.

**Item 9a.** *(For Malt Beverages)* Enter the percentage of alcohol derived from flavors or other materials containing alcohol.

**Item 9b.** *(For Malt Beverages)* Enter the percentage of alcohol derived from the malt base of the product.

**Item 10.** *(For Domestic Products)* Applicant is the person required to file a formula under TTB regulations.
*(For Imported Products)* Importer is the person who imports the product.

**CONDITIONS FOR FORMULA APPROVAL**
This approval is granted under 27 CFR Parts 4, 5, 7, 19, 24, 25, and 26 and does not in any way provide exemption from or waiver of the provisions of the Food and Drug Administration regulations relating to the use of food and color additives in food products.
Addition of remnants or returned merchandise to a completed product made under the same formula is permitted.

**PAPERWORK REDUCTION ACT NOTICE**
This request is in accordance with the Paperwork Reduction Act of 1995. We collect this information to verify your compliance with Federal laws and regulations we administer for the formulation of alcohol beverages. The information is mandated by statute (26 U.S.C. Chapter 51) and is used to obtain a benefit. The information collected on this form must be considered confidential tax information under 26 U.S.C. 6103, and must not be disclosed to any unauthorized party under 26 U.S.C. 7213.
We estimate 2 hours as the average burden for you to complete this form depending on your individual circumstances. You may comment to us about the accuracy of this burden estimate and suggest ways for us to reduce the burden. Address your comments or suggestions to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Box 12, Washington, DC 20005.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a current, valid OMB control number

**TTB F 5100.51(11/2012)(TTB FORMS 5110.38, 5120.29 SUPERSEDED)**

Sip Shine LLC

702 Chicago Dr
MI 49428

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 1/7/2022 | 16 |

| Vendor | Ship To |
|--------|---------|
| JDSO INC<br>1587 NE 67TH PLACE<br>DES MOINES IA 50313 | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ARNOLD PALM... | ARNOLD SHINER CASE | 7,346 | 19.25 | 141,410.50 |
| RAZ SHINEADE | RAZBERRY SHINEADE CASE | 7,740 | 19.25 | 148,995.00 |
| BERRY SHINEA... | BERRY SWEET TEA CASE | 8,008 | 19.25 | 154,154.00 |

| | **Total** | $444,559.50 |
|--|-----------|-------------|

Sip Shine LLC

702 Chicago Dr
MI 49428

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 1/12/2022 | 17 |

| Vendor | Ship To |
|--------|---------|
| JDSO INC<br>1587 NE 67TH PLACE<br>DES MOINES IA 50313 | Sip Shine LLC<br>702 Chicago Dr<br>MI 49428 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| MAN 12 X 750M... | 12 X 750ML WORTH OF ARNOLD PRODUCED | 500 | 53.50 | 26,750.00 |
| MAN 12 X 750M... | 12 X 750ML WORTH OF BERRY PRODUCED | 500 | 53.50 | 26,750.00 |
| MAN 12 X 750M... | 12 X 750ML WORTH OF RAZ PRODUCED | 500 | 53.50 | 26,750.00 |

| | **Total** | |
|--|-----------|--|
| | | $80,250.00 |

Sip Shine LLC

702 Chicago Dr
MI 49428

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 3/1/2022 | 26 |

| Vendor | Ship To |
|--------|---------|
| JDSO INC<br>1587 NE 67TH PLACE<br>DES MOINES IA 50313 | TBD<br>MULTIPLE LOCATIONS |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| MAN 50ML ARN... | 60 50ML CANS WORTH OF ARNOLD SHINER PRODUCED | 100 | 34.11 | 3,411.00 |
| MAN 50ML BER... | 60 50MLCANS WORTH OF BERRY PRODUCED | 100 | 34.11 | 3,411.00 |
| MAN 50ML RAZ | 60 50ML CANS WORTH OF RAZ PRODUCED | 100 | 34.11 | 3,411.00 |
| MAN 50ML WAT... | 60 50ML CANS WORTH OF WATERMELON PRODUCED | 100 | 34.11 | 3,411.00 |

| | **Total** | | | $13,644.00 |
|--|-----------|--|--|-----------|

Sip Shine LLC

702 Chicago Dr
MI 49428

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 3/1/2022 | 28 |

| Vendor | Ship To |
|--------|---------|
| JDSO INC<br>1587 NE 67TH PLACE<br>DES MOINES IA 50313 | TBD<br>MULTIPLE LOCATIONS |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| MAN 12 X 750M... | 12 X 750ML WORTH OF WATERMELON PRODUCED | 1,000 | 53.50 | 53,500.00 |
| MAN 12 X 750M... | 12 X 750ML WORTH OF ARNOLD PRODUCED | 750 | 53.50 | 40,125.00 |
| MAN 12 X 750M... | 12 X 750ML WORTH OF BERRY PRODUCED | 750 | 53.50 | 40,125.00 |
| MAN 12 X 750M... | 12 X 750ML WORTH OF RAZ PRODUCED | 800 | 53.50 | 42,800.00 |

| | **Total** | $176,550.00 |
|--|-----------|-------------|

Sip Shine LLC

702 Chicago Dr
MI 49428

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 3/1/2022 | 29 |

| Vendor |
|--------|
| JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313 |

| Ship To |
|---------|
| TBD
MULTIPLE LOCATIONS |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| MAN 6 X 1.75L ... | 6 X 1.75L WORTH OF RAZ PRODUCED | 1,667 | 46.06 | 76,782.02 |
| MAN 6 X 1.75L S... | 6 X 1.75L WORTH OF SHINEBERRY PRODUCED | 1,666 | 46.06 | 76,735.96 |
| MAN 6 X 1.75L ... | 6 X 1.75L WORTH OF WATERMELON PRODUCED | 1,667 | 46.06 | 76,782.02 |

| | **Total** | $230,300.00 |
|---|-----------|-------------|

Red Boot Production PO's Folder:

PO# 16

200ml Arnold Shine 2,623 cases of 7,346 produced
200ml Razz-Berry Shineade 1,176 cases of 7,740 produced
200ml Shine Berry Sweet Tea 1,430 of 8,008 produced

Billed $100,658.25to Sip Shine

PO# 17

750ml Arnold Shine 533 cases built
750ml Razz-Berry Shineade 482 cases built
750ml Shine Berry Sweet Tea 537 cases built

PO# 26

50ml Arnold Shine 107 cases built
50ml Razz-Berry Shineade 111 cases built
50ml Shine Berry Sweet Tea 100 cases built
50ml Watermelon Chillade 108 cases built

PO# 28

750ml Arnold Shine 763 cases built
750ml Razz-Berry Shineade 804 cases built
750ml Shine Berry Sweet Tea 183 cases built
750ml Watermelon Chillade 975 cases built

PO# 29

1.75L Razz-Berry Shineade 1,666 cases built
1.75L Shine Berry Sweet Tea 1,644 cases built
1.75L Watermelon Chillade 1,612 cases built



Headquarters Address:
31690 Glendale St.
Livonia, MI  48150

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2022 | 1027 |

| Bill To |
|---|
| Sip Shine<br>702 Chicago Dr.<br>Jenison, MI 49428 |

| P.O. Number | Terms | Due Date |
|---|---|---|
|  | Net 30 | 9/30/2022 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 82 | Storage fees | Storage fees-Arnold Shiner Cans | cs | 0.85 | 69.70 |
| 2 | Storage fees | Storage fees-Razz-Berry Shineade | cs | 0.85 | 1.70 |

Payments by check, payable to Benchmark Distribution, can be mailed to our HQ office at:
31690 Glendale St., Livonia, MI  48150

Payments by ACH can be made to:
Bank Name: Huntington
Routing #: 072403473
Account #:  01383127036

| | |
|---|---|
| **Total** | $71.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $71.40 |



# Invoice

Headquarters Address:
31690 Glendale St.
Livonia, MI  48150

| Date | Invoice # |
|------|-----------|
| 7/31/2022 | 1029 |

| Bill To |
|---------|
| Sip Shine<br>702 Chicago Dr.<br>Jenison, MI 49428 |

| P.O. Number | Terms | Due Date |
|-------------|-------|----------|
|  | Net 30 | 8/30/2022 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 82 | Storage fees | Storage fees-ArnoldShiner Cans | cs | 0.85 | 69.70 |
| 2 | Storage fees | Storage fees-Razz-Berry Shineade | cs | 0.85 | 1.70 |

Payments by check, payable to Benchmark Distribution, can be mailed to our HQ office at:
31690 Glendale St., Livonia, MI  48150

Payments by ACH can be made to:
Bank Name: Huntington
Routing #: 072403473
Account #:  01383127036

| | |
|---|---|
| **Total** | $71.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $71.40 |



# Invoice

**Headquarters Address:**
31690 Glendale St.
Livonia, MI  48150

| Date | Invoice # |
|------|-----------|
| 6/30/2022 | 1032 |

| Bill To |
|---------|
| Sip Shine<br>702 Chicago Dr.<br>Jenison, MI 49428 |

| P.O. Number | Terms | Due Date |
|-------------|-------|----------|
|  | Net 30 | 7/30/2022 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 313 | Storage fees | Storage fees-Arnold Shiner Cans | cs | 0.85 | 266.05 |
| 197 | Storage fees | Storage fees- Rzz-Berry Shineade | cs | 0.85 | 167.45 |
| 42 | Storage fees | Storage fees-Shine Berry Sweet Tea | cs | 0.85 | 35.70 |
| 15 | Storage fees | Storage fees-Arnold Shiner Cans | cs | 0.85 | 12.75 |
| 30 | Storage fees | Storage fees-Razz-Berry Shineade | cs | 0.85 | 25.50 |
| 15 | Storage fees | Storage fees-Shine Berry Sweet Tea | cs | 0.85 | 12.75 |
| 110 | Storage fees | Storage fees-Watermelon Chillade Bottles | cs | 0.85 | 93.50 |
| 2 | Storage fees | Storage fees-Razz-Berry Shineade | cs | 0.85 | 1.70 |
| 66 | Storage fees | Storage fees- Shine Berry Sweet Tea | cs | 0.85 | 56.10 |
| 81 | Storage fees | Storage fees-Watermelon Chillade | cs | 0.85 | 68.85 |

Payments by check, payable to Benchmark Distribution, can be mailed to our HQ office at:
31690 Glendale St., Livonia, MI  48150

Payments by ACH can be made to:
Bank Name: Huntington
Routing #: 072403473
Account #:  01383127036

| | |
|---|---|
| **Total** | $740.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $740.35 |



Headquarters Address:
31690 Glendale St.
Livonia, MI  48150

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2022 | 1035 |

| Bill To |
|---------|
| Sip Shine<br>702 Chicago Dr.<br>Jenison, MI 49428 |

| P.O. Number | Terms | Due Date |
|-------------|-------|----------|
| | Net 30 | 6/30/2022 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 653 | In/Out Fees | In/Out Fees-Arnold Shiner Cans 24pk | cs | 0.85 | 555.05 |
| 571 | In/Out Fees | In/Out Fees-Razz-Berry Shineade Cans 24pk | cs | 0.85 | 485.35 |
| 371 | In/Out Fees | In/Out Fees-Shine Berry Sweet Tea Cans 24pk | cs | 0.85 | 315.35 |
| 75 | In/Out Fees | In/Out Fees-Arnold Shiner Bottles 750ml | cs | 0.85 | 63.75 |
| 75 | In/Out Fees | In/Out Fees-Razz-Berry Shineade Bottles 750ml | cs | 0.85 | 63.75 |
| 225 | In/Out Fees | In/Out Fees-Watermelon Chillade Bottles 750ml | cs | 0.85 | 191.25 |
| 52 | In/Out Fees | In/Out Fees- Razz-Berry Shineade Bottles 6pk | cs | 0.85 | 44.20 |
| 130 | In/Out Fees | In/Out Fees-SHine Berry Sweet Tea Bottles 6pk | cs | 0.85 | 110.50 |
| 130 | In/Out Fees | In/Out Fees-Watermelon Chillade Bottles 6pk | cs | 0.85 | 110.50 |

Payments by check, payable to Benchmark Distribution, can be mailed to our HQ office at:
31690 Glendale St., Livonia, MI  48150

Payments by ACH can be made to:
Bank Name: Huntington
Routing #: 072403473
Account #:  01383127036

| **Total** | $1,939.70 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,939.70 |



Headquarters Address:
31690 Glendale St.
Livonia, MI  48150

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2022 | 1036 |

| Bill To |
|---|
| Sip Shine<br>702 Chicago Dr.<br>Jenison, MI 49428 |

| P.O. Number | Terms | Due Date |
|-------------|-------|----------|
|  | Net 30 | 6/30/2022 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 653 | Storage fees | Storage fees-Arnold Shiner Cans 24pk | cs | 0.85 | 555.05 |
| 571 | Storage fees | Storage fees-Razz-Berry Shineade Cans 24pk | cs | 0.85 | 485.35 |
| 371 | Storage fees | Storage fees-Shine Berry Sweet Tea Cans 24pk | cs | 0.85 | 315.35 |
| 75 | Storage fees | Storage fees-Arnold Shiner Bottles 750ml | cs | 0.85 | 63.75 |
| 75 | Storage fees | Storage fees-Razz-Berry Shineade Bottles 750ml | cs | 0.85 | 63.75 |
| 225 | Storage fees | Storage fees-Watermelon Chillade Bottles 750ml | cs | 0.85 | 191.25 |
| 130 | Storage fees | Storage fees-Razz-Berry Sweet Tea Bottles 6pk | cs | 0.85 | 110.50 |
| 130 | Storage fees | Storage fees-Watermelon Chillade Bottles 6pk | cs | 0.85 | 110.50 |

Payments by check, payable to Benchmark Distribution, can be mailed to our HQ office at:
31690 Glendale St., Livonia, MI  48150

Payments by ACH can be made to:
Bank Name: Huntington
Routing #: 072403473
Account #:  01383127036

| | |
|---|---|
| **Total** | $1,895.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,895.50 |



Headquarters Address:
31690 Glendale St.
Livonia, MI 48150

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2022 | 1037 |

| Bill To |
|---------|
| Sip Shine<br>702 Chicago Dr.<br>Jenison, MI 49428 |

| P.O. Number | Terms | Due Date |
|-------------|-------|----------|
| | Net 30 | 7/30/2022 |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 1 | Crossdock/Pickups | Crossdock/Pickups-Misc. | cs | 475.00 | 475.00 |

Payments by check, payable to Benchmark Distribution, can be mailed to our HQ office at:
31690 Glendale St., Livonia, MI 48150

Payments by ACH can be made to:
Bank Name: Huntington
Routing #: 072403473
Account #: 01383127036

| **Total** | $475.00 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $475.00 |

# EXHIBIT C

# TO

# COMPLAINT

# Invoice

## JDSO Inc.

dba/Red Boot Distillery
1587 NE 67th Place
Des Moines, IA 50313
US

Tel:   515-650-4225

| Invoice No | Page |
|---|---|
| 3419 | 1 |
| **Invoice date** | |
| 1/31/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 334 | 1/6/2022 | 67 | 01 | 7 Kim Stuflick |
| **PO number** | **Job No** | **Ship via** | **PPD/COL** | |
| 16 | | Standard Shipping | | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X63372 SIP SHINE-ARNOLD SHINER-MFG FG / 200 ML | 4,000.0000 | 1,134.0000 2,866.0000 | 19.250000 | CS | 21,829.50 |
| **Bin No:** DOCK | | 1,134.0000 | | | |

**Comments:** Misc charge for transport of Kyodie to State, plus stickering (5 cent and NABCA) of bottles and cases

| | |
|---|---|
| Sales amount: | 21,829.50 |
| Miscellaneous amount: | 400.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 22,229.50 |
| Amount Received: | 0.00 |
| **Total amount due:** | **22,229.50** |

**Payment terms:** Net 15

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011294**
74-347/0724

DATE _2/2/2022_

PAY TO THE
ORDER OF    JDSO INC                                                                    $    **22,229.50

Twenty-Two Thousand Two Hundred Twenty-Nine and 50/100*********************************************    DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo _____

AUTHORIZED SIGNATURE

⑈011294⑈ ⑆0724034730⑆ 0115344823 3⑈ 0

Lincoln Savings Bank
073905527
02/08/22-01:05:01
203985181
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

ENDORSE HERE

"FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

The security features listed below, as well as those
not listed, exceed industry guidelines.

# Invoice

## JDSO Inc.
dba/Red Boot Distillery
1587 NE 67th Place
Des Moines, IA 50313
US
Tel:    515-650-4225

| | Invoice No | Page |
|---|---|---|
| | 3447 | 1 |
| | **Invoice date** | |
| | 2/7/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 381 | 1/27/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 17 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76513 SIP -ARNOLD SHINER-750 -MFG FG / 750 ml bottle | 500.0000 | 533.0000 | 53.500000 | CS | 28,515.50 |
| X76514 SIP Razz Shinade-750 -MFG FG / 750 ml bottle | 500.0000 | 482.0000 18.0000 | 53.500000 | CS | 25,787.00 |

**Comments:**

| | |
|---|---|
| Sales amount: | 54,302.50 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 54,302.50 |
| Amount Received: | 0.00 |
| **Total amount due:** | **54,302.50** |

**Payment terms:** Net 20

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011316**
74-347/0724

DATE                    3/3/2022

PAY TO THE
ORDER OF ___ JDSO INC                                          $  **54,302.50

Fifty-Four Thousand Three Hundred Two and 50/100****************************************************

DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo ___

AUTHORIZED SIGNATURE

⑈011316⑈ ⑆072403473⑆ 0115344823⑈ 0

Lincoln Savings Bank
073905527
03/04/22-11:33:54
206391335
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

ENDORSE HERE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

The security features listed below, as well as those
not listed, exceed industry guidelines.

# Invoice

## JDSO Inc.
dba/Red Boot Distillery
1587 NE 67th Place
Des Moines, IA 50313
US
Tel:    515-650-4225

| | |
|---|---|
| **Invoice No** | **Page** |
| 3485 | 1 |
| **Invoice date** | |
| 2/15/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 334 | 1/6/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 16 | | Standard Shipping | |

| Item No.<br>Description | Quantity ordered | Qty Shipped/Returned<br>Quantity on back order | Item price<br>Discount % | UOM | Extended Total<br>price |
|---|---|---|---|---|---|
| X63373 | 4,000.0000 | 882.0000 | 19.250000 | CS | |
| SIP SHINE--RAZZSHINEADE MFG FG / 200 ML | | 3,118.0000 | | | 16,978.50 |
| **Bin No: DOCK** | 882.0000 | | | | |
| | | | | | |
| X63374 | 4,000.0000 | 1,430.0000 | 19.250000 | CS | |
| SIP SHINE-SWEET TEA-MFG FG / 200 ML | | 2,570.0000 | | | 27,527.50 |
| **Bin No: DOCK** | 1,430.0000 | | | | |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 44,506.00 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 44,506.00 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | 44,506.00 |

**Payment terms:** Net 15

# Invoice

## JDSO Inc.

dba/Red Boot Distillery
1587 NE 67th Place
Des Moines, IA 50313
US
Tel:   515-650-4225

| | |
|---|---|
| **Invoice No** | **Page** |
| 3486 | 1 |
| **Invoice date** | |
| 2/15/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 381 | 1/27/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 17 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76514 SIP Razz Shinade-750 -MFG FG / 750 ml bottle | 18.0000 | 0.0000 18.0000 | 53.500000 | CS | 0.00 |
| X76515 SIP BerrySweet Tea-750 -MFG FG / 750 ml bottle | 500.0000 | 537.0000 | 53.500000 | CS | 28,729.50 |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 28,729.50 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 28,729.50 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **28,729.50** |

**Payment terms:** Net 15

# Invoice

## JDSO Inc.

dba/Red Boot Distillery
1587 NE 67th Place
Des Moines, IA 50313
US
Tel:    515-650-4225

| | | Invoice No | Page |
|---|---|---|---|
| | | 3494 | 1 |
| | | **Invoice date** | |
| | | 2/15/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 437 | 2/17/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| prod - kyodie peach | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| 26336 KYODIE PEACH WHISKEY-MFG FG / 750 ml - 6/CASE | 111.0000 | 111.0000 | 57.240000 | CS | 6,353.64 |

**Comments:**

| | |
|---|---|
| Sales amount: | 6,353.64 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 6,353.64 |
| Amount Received: | 0.00 |
| **Total amount due:** | **6,353.64** |

**Payment terms:** Net 15

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011321**
74-347/0724

DATE _____ 3/8/2022

PAY TO THE
ORDER OF _____ JDSO INC _____ $ **79,589.14

Seventy-Nine Thousand Five Hundred Eighty-Nine and 14/100************************************************

DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo _____

AUTHORIZED SIGNATURE

⑈011321⑈ ⑆072403473⑆ 0115344B233⑈ 0

Lincoln Savings Bank
073905527
03/09/22-02:19:01
206892798
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

# Invoice

## JDSO Inc.
dba/Red Boot Distillery
1587 NE 67th Place
Des Moines, IA 50313
US

Tel:    515-650-4225

| | |
|---|---|
| **Invoice No** | **Page** |
| 3576 | 1 |
| **Invoice date** | |
| 3/7/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 334 | 1/6/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 16 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X63372 | 2,866.0000 | 1,260.0000 | 19.250000 | CS | |
| SIP SHINE-ARNOLD SHINER-MFG FG / 200 ML | | 1,606.0000 | | | 24,255.00 |
| **Bin No:** DOCK | 1,260.0000 | | | | |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 24,255.00 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 24,255.00 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **24,255.00** |

**Payment terms:** Net 15

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011326**
74-347/0724

DATE    3/16/2022

PAY TO THE
ORDER OF    JDSO INC                                                    $  **24,255.00

Twenty-Four Thousand Two Hundred Fifty-Five and 00/100****************************************************

DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo                                                    AUTHORIZED SIGNATURE

⑂011326⑂ ⑈072403473⑈ 01153448233⑈ 0

Lincoln Savings Bank
073905527
03/21/22-07:09:28
208095355
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

# Invoice

| | | Invoice No | Page |
|---|---|---|---|
| | | 3604 | 1 |
| | | **Invoice date** | |
| | | 3/10/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 334 | 1/6/2022 | 67 | 01 | 7 Kim Stuflick |

| | PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|---|
| | 16 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X63372 SIP SHINE-ARNOLD SHINER-MFG FG / 200 ML **Bin No:** DOCK | 1,606.0000 229.0000 | 229.0000 1,377.0000 | 19.250000 | CS | 4,408.25 |
| X63373 SIP SHINE--RAZZSHINEADE MFG FG / 200 ML **Bin No:** DOCK | 3,118.0000 294.0000 | 294.0000 2,824.0000 | 19.250000 | CS | 5,659.50 |
| X63374 SIP SHINE-SWEET TEA-MFG FG / 200 ML | 2,570.0000 | 0.0000 2,570.0000 | 19.250000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 10,067.75 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 10,067.75 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **10,067.75** |

**Payment terms:** Net 15

# Invoice

| | **Invoice No** | **Page** |
|---|---|---|
| | 3615 | 1 |
| | **Invoice date** | |
| | 3/10/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 496 | 3/9/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 28 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76509 SIP SHINE WATERMELON CHILLADE / 750 ML 12 PACK | 1,000.0000 | 0.0000 1,000.0000 | 53.500000 | EA | 0.00 |
| X76513 SIP -ARNOLD SHINER-750 -MFG FG / 750 ml bottle 12 | 750.0000 | 0.0000 750.0000 | 53.500000 | CS | 0.00 |
| X76515 SIP BerrySweet Tea-750 -MFG FG / 750 ml bottle 12 | 750.0000 | 33.0000 717.0000 | 53.500000 | CS | 1,765.50 |
| X76514 SIP Razz Shinade-750 -MFG FG / 750 ml bottle - | 800.0000 | 0.0000 800.0000 | 53.500000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| Sales amount: | 1,765.50 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 1,765.50 |
| Amount Received: | 0.00 |
| **Total amount due:** | **1,765.50** |

**Payment terms:** Net 30

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011367**
74-347/0724

DATE ___4/15/2022___

PAY TO THE ORDER OF ___JDSO INC___ $ **11,833.25

Eleven Thousand Eight Hundred Thirty-Three and 25/100************************************************** DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo _____

AUTHORIZED SIGNATURE

⑈011367⑈ ⑆072403473⑆ 0115344823⑈ 0

Lincoln Savings Bank
073905527
04/20/22-09:51:36
211004071
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3667 | 1 |
| | **Invoice date** | |
| | 3/24/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 524 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 29 - prod | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76521 SIP Razz-Berry Shine 1.75L/6pk / SIP SHINE | 1,667.0000 | 1,666.0000 1.0000 | 46.060000 | CS | 76,735.96 |
| **Bin No:** PROD | 1,666.0000 | | | | |
| X76519 SIP Berry Sweet Tea 1.75L/6pk / SIP SHINE | 1,666.0000 | 0.0000 1,666.0000 | 46.060000 | CS | 0.00 |
| X76511 SIP Watermelon Chill 1.75L/6pk / SIP SHINE | 1,667.0000 | 0.0000 1,667.0000 | 46.060000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| Sales amount: | 76,735.96 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 76,735.96 |
| Amount Received: | 0.00 |
| **Total amount due:** | **76,735.96** |

**Payment terms:** Net 30

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011368**
74-347/0724

DATE 4/18/2022

PAY TO THE
ORDER OF  JDSO INC                                                                                    $ **76,735.96

Seventy-Six Thousand Seven Hundred Thirty-Five and 96/100************************************************************** DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo

AUTHORIZED SIGNATURE

⑈011368⑈ ⑆072403473⑈ 0115344 8233⑈ 0

Lincoln Savings Bank
073905527
04/22/22–03:00:43
211205058
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3681 | 1 |
| | **Invoice date** | |
| | 3/28/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 524 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 29 - prod | | Standard Shipping | |

| Item No. / Description | Quantity ordered | Qty Shipped/Returned / Quantity on back order | Item price / Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76521 | 1.0000 | 0.0000 | 46.060000 | CS | |
| SIP Razz-Berry Shine 1.75L/6pk / SIP SHINE | | 1.0000 | | | 0.00 |
| | | | | | |
| X76519 | 1,666.0000 | 650.0000 | 46.060000 | CS | |
| SIP Berry Sweet Tea 1.75L/6pk / SIP SHINE | | 1,016.0000 | | | 29,939.00 |
| **Bin No:** PROD | 650.0000 | | | | |
| | | | | | |
| X76511 | 1,667.0000 | 369.0000 | 46.060000 | CS | |
| SIP Watermelon Chill 1.75L/6pk / SIP SHINE | | 1,298.0000 | | | 16,996.14 |
| **Bin No:** PROD | 369.0000 | | | | |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 46,935.14 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 46,935.14 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **46,935.14** |

**Payment terms:** Net 30

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

011373
74-347/0724

DATE    4/28/2022

PAY TO THE
ORDER OF _____ JDSO INC _____    $    **46,935.14

Forty-Six Thousand Nine Hundred Thirty-Five and 14/100**********************************************************

DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo

AUTHORIZED SIGNATURE

⑈011373⑈ ⑆072403473⑆ 01153448233⑈ 0

Lincoln Savings Bank
073905527
05/02/22-02:43:35
212207565
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3691 | 1 |
| | **Invoice date** | |
| | 3/31/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 525 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 26 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76512 Sip Shine Arnold Shiner - 50mL / 50mL - 60 per case | 100.0000 | 0.0000 100.0000 | 34.110000 | CS | 0.00 |
| X76516 SipShine Razz Shineade - 50mL **Bin No:** PROD | 100.0000 100.0000 | 100.0000 | 34.110000 | CS | 3,411.00 |
| X76518 SipShine BerrySweetTea- 50mL **Bin No:** PROD | 100.0000 111.0000 | 111.0000 | 34.110000 | CS | 3,786.21 |
| X76510 SipShine WatermelonChill.-50mL | 100.0000 | 0.0000 100.0000 | 34.110000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| Sales amount: | 7,197.21 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 7,197.21 |
| Amount Received: | 0.00 |
| **Total amount due:** | **7,197.21** |

**Payment terms:** Net 30

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3693 | 1 |
| | **Invoice date** | |
| | 3/31/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 524 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 29 - prod | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76521 SIP Razz-Berry Shine 1.75L/6pk / SIP SHINE | 1.0000 | 0.0000 1.0000 | 46.060000 | CS | 0.00 |
| X76519 SIP Berry Sweet Tea 1.75L/6pk / SIP SHINE **Bin No:** PROD | 1,016.0000 390.0000 | 390.0000 626.0000 | 46.060000 | CS | 17,963.40 |
| X76511 SIP Watermelon Chill 1.75L/6pk / SIP SHINE | 1,298.0000 | 0.0000 1,298.0000 | 46.060000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 17,963.40 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 17,963.40 |
| **Amount Received:** | 0.00 |
| **Payment terms:** Net 30 | |
| **Total amount due:** | **17,963.40** |

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3703 | 1 |
| | **Invoice date** | |
| | 3/31/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 524 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 29 - prod | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76521 SIP Razz-Berry Shine 1.75L/6pk / SIP SHINE | 1.0000 | 0.0000 1.0000 | 46.060000 | CS | 0.00 |
| X76519 SIP Berry Sweet Tea 1.75L/6pk / SIP SHINE **Bin No:** PROD | 626.0000 604.0000 | 604.0000 22.0000 | 46.060000 | CS | 27,820.24 |
| X76511 SIP Watermelon Chill 1.75L/6pk / SIP SHINE | 1,298.0000 | 0.0000 1,298.0000 | 46.060000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| Sales amount: | 27,820.24 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 27,820.24 |
| Amount Received: | 0.00 |
| **Total amount due:** | **27,820.24** |

**Payment terms:** Net 30

# Invoice

|  | **Invoice No** | **Page** |
|---|---|---|
|  | 3720 | 1 |
|  | **Invoice date** |  |
|  | 4/6/2022 |  |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 525 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 26 |  | Standard Shipping |  |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76512 | 100.0000 | 107.0000 | 34.110000 | CS |  |
| Sip Shine Arnold Shiner - 50mL / 50mL - 60 per case |  |  |  |  | 3,649.77 |
| **Bin No:** PROD | 107.0000 |  |  |  |  |
| X76510 | 100.0000 | 108.0000 | 34.110000 | CS |  |
| SipShine WatermelonChill.-50mL |  |  |  |  | 3,683.88 |
| **Bin No:** PROD | 108.0000 |  |  |  |  |

**Comments:**

| | |
|---|---|
| Sales amount: | 7,333.65 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 7,333.65 |
| Amount Received: | 0.00 |
| **Total amount due:** | **7,333.65** |

**Payment terms:** Net 30

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3721 | 1 |
| | **Invoice date** | |
| | 4/6/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 524 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 29 - prod | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76521 SIP Razz-Berry Shine 1.75L/6pk / SIP SHINE | 1.0000 | 0.0000 1.0000 | 46.060000 | CS | 0.00 |
| X76519 SIP Berry Sweet Tea 1.75L/6pk / SIP SHINE | 22.0000 | 0.0000 22.0000 | 46.060000 | CS | 0.00 |
| X76511 SIP Watermelon Chill 1.75L/6pk / SIP SHINE | 1,298.0000 | 1,151.0000 147.0000 | 46.060000 | CS | 53,015.06 |
| **Bin No:** PROD | 1,151.0000 | | | | |

**Comments:**

| | |
|---|---|
| **Sales amount:** | 53,015.06 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 53,015.06 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **53,015.06** |

**Payment terms:** Net 30

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011379**
74-347/0724

DATE ___5/2/2022___

PAY TO THE
ORDER OF     JDSO INC

$  **113,329 56**

One Hundred Thirteen Thousand Three Hundred Twenty-Nine and 56/100***************************************

DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo

AUTHORIZED SIGNATURE

⑈011379⑈ ⑆072403473⑆ 0115344 8233⑈ 0

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3765 | 1 |
| | **Invoice date** | |
| | 4/14/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 524 | 3/21/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 29 - prod | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76521 SIP Razz-Berry Shine 1.75L/6pk / SIP SHINE | 1.0000 | 0.0000 1.0000 | 46.060000 | CS | 0.00 |
| X76519 SIP Berry Sweet Tea 1.75L/6pk / SIP SHINE | 22.0000 | 0.0000 22.0000 | 46.060000 | CS | 0.00 |
| X76511 SIP Watermelon Chill 1.75L/6pk / SIP SHINE **Bin No:** PROD | 147.0000 92.0000 | 92.0000 55.0000 | 46.060000 | CS | 4,237.52 |

**Comments:**

| | |
|---|---|
| Sales amount: | 4,237.52 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 4,237.52 |
| Amount Received: | 0.00 |
| **Total amount due:** | **4,237.52** |

**Payment terms:** Net 30

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3766 | 1 |
| | **Invoice date** | |
| | 4/14/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 496 | 3/9/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 28 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76509 SIP SHINE WATERMELON CHILLADE / 750 ML 12 PACK | 1,000.0000 | 0.0000 1,000.0000 | 53.500000 | EA | 0.00 |
| X76513 SIP -ARNOLD SHINER- 750 -MFG FG / 750 ml bottle 12 | 750.0000 | 300.0000 450.0000 | 53.500000 | CS | 16,050.00 |
| X76515 SIP BerrySweet Tea 750 -MFG FG / 750 ml bottle 12 | 717.0000 | 0.0000 717.0000 | 53.500000 | CS | 0.00 |
| X76514 SIP Razz Shinade-750 -MFG FG / 750 ml bottle - | 800.0000 | 0.0000 800.0000 | 53.500000 | CS | 0.00 |

**Comments:**

| | |
|---|---|
| Sales amount: | 16,050.00 |
| Miscellaneous amount: | 0.00 |
| Freight: | 0.00 |
| Sales tax: | 0.00 |
| Subtotal: | 16,050.00 |
| Amount Received: | 0.00 |
| **Total amount due:** | **16,050.00** |

**Payment terms:** Net 30

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 3771 | 1 |
| | **Invoice date** | |
| | 4/18/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 496 | 4/18/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 28 | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76513 SIP -ARNOLD SHINER-750 -MFG FG / 750 ml bottle 12 | 450.0000 | 450.0000 | 53.500000 | CS | 24,075.00 |
| X76515 SIP BerrySweet Tea-750 -MFG FG / 750 ml bottle 12 | 717.0000 | 0.0000 717.0000 | 53.500000 | CS | 0.00 |
| X76514 SIP Razz Shinade-750 -MFG FG / 750 ml bottle - | 800.0000 | 0.0000 800.0000 | 53.500000 | CS | 0.00 |

**Comments:**

| | | |
|---|---|---|
| Sales amount: | 24,075.00 | |
| Miscellaneous amount: | 0.00 | |
| Freight: | 0.00 | |
| Sales tax: | 0.00 | |
| Subtotal: | 24,075.00 | |
| Amount Received: | 0.00 | |
| **Total amount due:** | **24,075.00** | |

**Payment terms:** Net 30

# Invoice

|  | Invoice No | Page |
|---|---|---|
|  | 3779 | 1 |
|  | **Invoice date** | |
|  | 4/19/2022 | |

Bill To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

Ship To:

Sip Shine LLC
702 Chicago Dr
Jenison, 49428
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 616 | 4/18/2022 | 67 | 01 | 7 Kim Stuflick |

| PO number | Job No | Ship via | PPD/COL |
|---|---|---|---|
| 28-A | | Standard Shipping | |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Total price |
|---|---|---|---|---|---|
| X76509 | 550.0000 | 405.0000 | 53.500000 | EA | |
| SIP SHINE WATERMELON 750 / 750 ML 12 PACK | | 145.0000 | | | 21,667.50 |
| **Bin No:** PROD | 405.0000 | | | | |

| Comments: | | |
|---|---|---|
| | Sales amount: | 21,667.50 |
| | **Miscellaneous amount:** | 0.00 |
| | **Freight:** | 0.00 |
| | **Sales tax:** | 0.00 |
| | Subtotal: | 21,667.50 |
| | **Amount Received:** | 0.00 |
| **Payment terms:** Net 30 | **Total amount due:** | **21,667.50** |

**Sip Shine**
702 Chicago Dr
Jenison, MI 49428

HUNTINGTON NATIONAL BANK

**011389**
74-347/0724

DATE _____ 5/11/2022

PAY TO THE
ORDER OF     JDSO INC                                              $ **66,030.02

Sixty-Six Thousand Thirty and 02/100************************************************************************    DOLLARS

JDSO INC
1587 NE 67TH PLACE
DES MOINES IA 50313

Memo                                                    AUTHORIZED SIGNATURE

⑈011389⑈ ⑉072403473⑉ 0115344⑈233⑈ 0

Lincoln Savings Bank
073905527
05/15/22-05:27:22
213511120
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE

# EXHIBIT D

# TO

# COMPLAINT

| . | Date | Vendor | Items | Quantity | Cost | | Email in: | Expected Delivery Date: | Over Run: |
|---|------|--------|-------|----------|------|---|-----------|-------------------------|-----------|
| 11 | 12/30/2021 | Foremost Graphics | BOXES - ARNOLD (FOLDING BOXES FOR ARNOLD SHINER) | 37,600 | $ 10,016.64 | | | SHIP FEB 26TH | |
| | | | BOXES - BERRY (FOLDING BOXES FOR SWEET TEA) | 38,000 | $ 10,123.20 | | | SHIP FEB 26TH | |
| | | | BOXES - RAZBERRY (FOLDING BOX FOR RAZBERRY) | 39,200 | $ 10,442.88 | | | SHIP FEB 26TH | |
| | | | | | | | | | |
| 12 | 12/30/2021 | Minnesota Corrugated Box Inc. | BOXES - UNIVERSAL CAN BOX | 13,687 | $ 8,299.43 | | | RB RECEIVED | |
| | | | | | | | | | |
| 13 | 12/30/2021 | Packaging Logistics | BOTTLES- GANNETT PEAK Blended - Stockholm | 15,360 | $ 24,576.00 | | | Late Feb /Early March | |
| | | | CORKS - GANNETT PEAK - Natural Wood Varnish | 15,360 | $ 5,836.80 | | | | |
| | | | BOTTLE LABEL - GANNETT PEAK Blended WHISKEY 750ML - Screen Print | 15,360 | $ 15,360.00 | | | | |
| | | | | | | | | | |
| 14 | 1/4/2022 | Grace Label | BOTTLE LABEL - ARNOLD SHINER 750ML | 6,334 | $ 1,488.49 | | | RB received | -84 |
| | | | BOTTLE LABEL - SHINE BERRY SWEET TEA 750ML | 6,334 | $ 1,488.49 | | | RB received | 1166 |
| | | | BOTTLE LABEL - RAZZ-BERRY SHINEADE 750ML | 6,334 | $ 1,488.49 | | | RB received | 1166 |
| | | | | | | | | | |
| 15 | 1/4/2022 | Grace Label | CASE LABEL - ARNOLD SHINER LABELS FOR 750ML | 1,000 | $ 141.00 | | | RB received | 500 |
| | | | CASE LABEL - SHINE BERRY SWEET TEA LABELS FOR 750ML | 1,000 | $ 141.00 | | | RB received | 500 |
| | | | CASE LABEL - RAZZ-BERRY SHINEADE LABELS FOR 750ML | 1,000 | $ 141.00 | | | RB received | 500 |
| | | | | | | | | | |
| 22 | 2/7/2022 | Grace Label | CASE LABEL - GANNETT PEAK Blended WHISKEY | 2,500 | $ 442.50 | | 2/9/2022 | | 100 |
| | | | | | | | | | |
| 24 | 2/16/2022 | Packaging Logistics | BOTTLES - KYODIE Peach- Tennessee | 5,040 | $ 9,021.60 | | | | |
| | | | BOTTLES - KYODIE Apple- Tennessee | 5,040 | $ 9,021.60 | | | | |
| | | | CORKS - KYODIE - Natural Wood Varnish | 12,000 | $ 4,320.00 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 25 | 3/1/2022 | Grace Label | CASE LABEL - RAZZ-BERRY SHINEADE LABELS FOR 200ML | 1,000 | $ 93.00 | | | | 100 |
| | | | CASE LABEL - SHINE BERRY SWEET TEA LABELS FOR 200ML | 1,000 | $ 93.00 | | | 3/21/2022 | 100 |
| | | | CASE LABEL - RAZZ-BERRY SHINEADE LABELS FOR 1.75L | 3,000 | $ 279.00 | | | | 300 |
| | | | CASE LABEL - SHINE BERRY SWEET TEA LABELS FOR 1.75L | 3,000 | $ 279.00 | | | | 300 |
| | | | CASE LABEL - WATERMELON LABELS FOR 1.75L | 3,000 | $ 279.00 | | | | 300 |
| | | | CASE LABEL - ARNOLD SHINER LABELS FOR 50ML | 250 | $ 23.25 | | | | 75 |
| | | | CASE LABEL - SHINE BERRY SWEET TEA LABELS FOR 50ML | 250 | $ 23.25 | | | | 75 |
| | | | CASE LABEL - RAZZ-BERRY SHINEADE LABELS FOR 50ML | 250 | $ 23.25 | | | | 75 |
| | | | CASE LABEL - WATERMELON LABELS FOR 50ML | 250 | $ 23.25 | | | | 75 |
| | | | | | | | | | |
| 27 | 3/1/2022 | Grace Label | BOTTLE LABEL - ARNOLD SHINER LABELS FOR 50ML | 6,000 | $ 246.00 | | | | 600 |
| | | | BOTTLE LABEL - SHINE BERRY SWEET TEA LABELS FOR 50ML | 6,000 | $ 246.00 | | | | 600 |
| | | | BOTTLE LABELL - RAZZ-BERRY SHINEADE LABELS FOR 50ML | 6,000 | $ 246.00 | | | | 600 |
| | | | BOTTLE LABEL - WATERMELON LABELS FOR 50ML | 6,000 | $ 246.00 | | | | 600 |
| | | | | | | | | | |
| 30 | 3/1/2022 | Grace Label | BOTTLE LABEL - WATERMELON LABELS 750ML | 12,000 | $ 2,376.00 | | | 4/3/2022 | 0 |
| | | | BOTTLE LABEL - RAZZ-BERRY SHINEADE 750ML | 9,600 | $ 1,900.80 | | | | 820 |
| | | | BOTTLE LABEL - ARNOLD SHINER 750ML | 9,600 | $ 1,900.80 | | | | 400 |
| | | | BOTTLE LABEL - SHINE BERRY SWEET TEA 750ML | 9,600 | $ 1,900.80 | | | | 1850 |
| | | | | | | | | | |
| 31 | 3/3/2022 | Grace Label | BOTTLE LABEL - SHINE BERRY SWEET TEA LABELS 1.75L | 20,000 | $ 1,150.00 | | | | 1000 |
| | | | BOTTLE LABEL - RAZZ-BERRY SHINEADE LABELS 1.75L | 20,000 | $ 1,150.00 | | | | 2440 |
| | | | BOTTLE LABEL - WATERMELON LABELS 1.75L | 20,000 | $ 1,150.00 | | | | 1600 |
| | | | | | | | | | |
| 32 | 3/3/2022 | Grace Label | CASE LABEL - ARNOLD SHINER LABELS FOR 750ML | 2,000 | $ 196.00 | | | 4/3/2022 | 200 |
| | | | CASE LABEL - RAZZ-BERRY SHINEADE LABELS FOR 750ML | 2,000 | $ 196.00 | | | | 200 |
| | | | CASE LABEL - SHINE BERRY SWEET TEA LABELS FOR 750ML | 2,000 | $ 196.00 | | | | 200 |
| | | | CASE LABEL - WATERMELON LABELS FOR 750ML | 1,100 | $ 107.80 | | | | 200 |
| | | | | | | | | | |
| 36 | | Grace Label | Cap Seal - Gannet Peak Blended Whiskey | 20,000 | $ 380.00 | | | 4/22/2022 | |

| . | Date | Vendor | Items | Quantity | Cost | | Email in: | Expected Delivery Date: | Over Run: |
|---|---|---|---|---|---|---|---|---|---|
| 37 | | Packaging Logistics | Kyodie Neck Wraps - Gloss Black | 11,000 | $ 11,000.00 | | | 4/5/2022 | |
| | | | | | | | | | |
| 39 | | Packaging Logistics | BOTTLES- GANNETT PEAK Bourbon - Stockholm | 15,360 | $ 18,278.40 | | | | |
| | | | BOTTLES- GANNETT PEAK Rye - Stockholm | 15,360 | $ 18,278.40 | | | | |
| | | | CORKS - GANNETT PEAK - Natural Wood Varnish | 31,000 | $ 10,540.00 | | | bill | |
| | | | BOTTLE LABEL - GANNETT PEAK Bourbon 750ML - Screen Print | 15,360 | $ 15,360.00 | | | | |
| | | | BOTTLE LABEL - GANNETT PEAK Rye 750ML - Screen Print | 15,360 | $ 15,360.00 | | | | |
| | | | | | | | | | |
| 44 | 4/21/2022 | Grace Label | BOTTLE LABEL - KYODIE PEACH WHISKEY 750ML | 5,500 | $ 929.50 | | | 5/19 ship date | |
| | | | BOTTLE LABEL - KYODIE RAVIN' APPLE WHISKEY 750ML | 5,500 | $ 929.50 | | | 5/19 ship date | |
| | | | | | | | | | |
| 46 | 4/22/2022 | Grace Label | BOTTLE LABEL - ARNOLD SHINER LABELS FOR 50ML | 10,000 | $ 340.00 | | | | 1000 |
| | | | BOTTLE LABEL - SHINE BERRY SWEET TEA LABELS FOR 50ML | 10,000 | $ 340.00 | | | | 1000 |
| | | | BOTTLE LABELL - RAZZ-BERRY SHINEADE LABELS FOR 50ML | 10,000 | $ 340.00 | | | | 1000 |
| | | | BOTTLE LABEL - WATERMELON LABELS FOR 50ML | 10,000 | $ 340.00 | | | | 1000 |
| 47 | 5/4/2022 | Packaging Logistics | BOTTLES - KYODIE Peach- Tennessee | 5,040 | $ 9,021.60 | | | expected in July | |
| | | | BOTTLES - KYODIE Apple- Tennessee | 5,040 | $ 9,021.60 | | | expected in July | |
| | | | | | | | | | |
| 48 | 5/4/2022 | Grace Label | BOTTLE LABEL - CARMEL APPLE LATTE 750ML | 60,000 | $ 11,580.00 | | | | |
| | | | | | | | | | |
| 49 | 5/4/2022 | Packaging Logistics | CORKS - KYODIE - Natural Wood Varnish | 10,800 | $ 4,104.00 | | | expected in July | |
| | | | Kyodie Neck Wraps - Gloss Black | 11,000 | $ 1,100.00 | | | at Red Boot | |